| KRISTINE ACKELS | * | NO. 2024-CA-0094 |
|---|---|---|
| VERSUS | * | |
| | | COURT OF APPEAL |
| LSU PLASTIC SURGERY AND | * | |
| RENOUVO PLASTIC | | FOURTH CIRCUIT |
| SURGERY | * | |
| | | STATE OF LOUISIANA |

* * * * * * *

APPEAL FROM
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2023-07167, DIVISION "M"
Honorable Paulette R. Irons, Judge
* * * * * *
**Chief Judge Terri F. Love**
* * * * * *

(Court composed of Chief Judge Terri F. Love, Judge Roland L. Belsome, Judge Dale N. Atkins)

Kristine Ackels
4912 Burgundy Street
New Orleans, LA 70117

      PRO SE PLAINTIFF/APPELLANT

                                     APPEAL DISMISSED
                                     AUGUST 29, 2024

Appellant, Kristine Ackels, appeals the trial court's grant of trial counsel's motion to withdraw. Appellant then filed a motion to dismiss the appeal. For the following reasons, we grant the motion and dismiss the appeal.

### FACTUAL BACKGROUND AND PROCEDURAL HISTORY

Appellant presented to Dr. Daniel Womac for treatment regarding their diagnosis of gender dysphoria. Dr. Womac was scheduled "to perform a face lift, neck lift, lowering of forehead, brow lift, removal of nasolabial folds, and a strong jaw line to be lifted and sculpted." Following the August 22, 2022 surgery, Appellant contended that Dr. Womac failed to follow proper protocols and procedures.[1]

Appellant retained J. Michael Daly Jr. of Walker Daly, LLP and requested that a medical review panel convene. They filed suit against the allegedly negligent non-qualified healthcare providers: Renouvo, LLC a/k/a SPS Office Holdings, LLC d/b/a Renouvo Plastic Surgery (Dr. Womac's practice referred to as "Renouvo") and LSU Plastic Surgery on July 26, 2023.

On September 15, 2023, Mr. Daly, Esq., filed a Motion to Withdraw his and

---

[1] As the medical malpractice claims are not before this Court, we refrain from recounting all of the allegations.

his firm's representation of Appellant, wherein he attested: "[n]o counsel has appeared to notify and no answers have been filed. There are no deadlines in this matter, and in the Medical Malpractice Complaint, the only deadline is to name an attorney chairperson before December, 2023. There are no hearings set."

Appellant filed an opposition to Mr. Daly's motion to withdraw on September 22, 2023. The hearing on the Motion to Withdraw was scheduled for 9:00 a.m. on October 23, 2023. The trial court granted the motion, permitting Mr. Daly and his firm to withdraw from representing Appellant. The trial court also ordered that Mr. Daly contact defense counsel to obtain extensions for Appellant's answers to discovery.

At approximately 11:59 a.m. on October 23, 2023, and presumably after the conclusion of the motion hearing, Renouvo filed Exceptions and Answer to Original Petition for Damages and First Amended Petition for Damages and Alternative Motion to Stay Proceedings. The trial court issued a written judgment on November 2, 2023, which granted Mr. Daly's motion. On November 30, 2023, Appellant filed a Motion for Interlocutory Appeal. On December 13, 2023, Appellant filed a second Motion for Interlocutory Appeal that the trial court deemed moot. On December 18, 2023, Appellant filed a Motion for Appeal, which was granted.

### *MOTION TO DISMISS*

On August 26, 2024, Appellant filed a Motion to Dismiss without Prejudice. "An appeal can be dismissed at any time by consent of all parties." La. C.C.P. art. 2162. Appellant's Motion to Dismiss states that the motion is unopposed. Further, no appellee brief was filed in this matter. Accordingly, Appellant's Motion to Dismiss is granted and the appeal is dismissed.

## *DECREE*

For the above-mentioned reasons, the appeal is dismissed.

**APPEAL DISMISSED**